STATE v. WESSON

No. 131 PC.

Case below: 16 N.C. App. 683.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 February 1973.

STATE v. WEST

No. 136 PC.

Case below: 17 N.C. App. 5.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 February 1973.

STATE v. WILLIAMS

No. 145 PC.

Case below: 17 N.C. App. 39.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 February 1973.

TRUST CO. v. ROBERTSON

No. 120 PC.

Case below: 16 N.C. App. 484.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 February 1973.